**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Rebecca A. Solarz, Esq.
Denise Carlon, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
rsolarz@kmllawgroup.com
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for Carisbrook Asset Holding Trust

Case No: 17-34608 ABA

Chapter: 7

Judge: Andrew B. Altenburg Jr.

In Re:
Erin Melissa Coleman aka Erin Coleman Fuchs

                                Debtor

**NOTICE OF APPEARANCE**

        Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Carisbrook Asset Holding Trust.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

54 Burke Avenue, Deptford, NJ 08096

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐  All documents and pleadings of any nature.
Date:12/20/2017

                                **/s/ Rebecca A. Solarz, Esquire**
                                Rebecca A. Solarz, Esquire
                                Denise Carlon, Esquire
                                Brian C. Nicholas, Esquire
                                **KML Law Group, P.C.**
                                216 Haddon Avenue, Ste. 406
                                Westmont, NJ 08108
                                (609) 250-0700 (NJ)
                                (215) 627-1322 (PA)
                                FAX: (609) 385-2214
                                Attorney for Movant/Applicant