UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                          Case No.: 17-34608-ABA
COLEMAN, ERIN MELISSA                           Chapter: 7
                                                Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court |
|---|---|
| | District of New Jersey |
| | PO Box 2067 |
| | Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on February 20, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. _4B_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 54 BURKE AVENUE, DEPTFORD NJ 08096-1920 |
|---|---|
| | (FMV $105,000.00) |

| Liens on property: | $72,177.00 - ROUNDPOINT MTG SERV |
|---|---|
| | $46,675.00 - NJHMFA |

| Amount of equity claimed as exempt: | $1.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:        Andrew Sklar, Chapter 7 Trustee

Address:        1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050