UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    Case No.: 17-34608-ABA
COLEMAN, ERIN MELISSA    Chapter: 7
    Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court
District of New Jersey
PO Box 2067
Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on February 20, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 54 BURKE AVENUE, DEPTFORD NJ 08096-1920
(FMV $105,000.00) |
|---|---|

| Liens on property: | $72,177.00 - ROUNDPOINT MTG SERV
$46,675.00 - NJHMFA |
|---|---|

| Amount of equity claimed as exempt: | $1.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    Andrew Sklar, Chapter 7 Trustee

Address:    1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-34608-ABA
Erin Melissa Coleman                                                      Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1             Date Rcvd: Jan 16, 2018
                            Form ID: pdf905          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2018.
```
db              Erin Melissa Coleman,    54 Burke Avenue,     Deptford, NJ  08096-1920
517216261       Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
517216263      +Chase Mortgage,    Attn Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
517216264      +Conserve,    PO Box 7,    Fairport, NY 14450-0007
517216265      +Eamonn O'Hagan, Assist US Attorney,    US Attorney's Office,    District of New Jersey,
                 970 Broad Street,    Newark, NJ 07102-2534
517216267       Kohl's Customer Support,    PO Box 3120,    Milwaukee, WI 53201-3120
517216268      +M&T Bank,    475 Crosspoint,    Getzville, NY 14068-1609
517216270      +Mt Laurel Animal Hospital,    220 Mt Laurel Rd,    Mt Laurel, NJ 08054-9568
517216272       NJHMFA,    Attn NJ HomeKeeper Servicing,    PO Box 18550,    Trenton, NJ 08650-2085
517216274      +PSEG Repair and Replcement,    Attn Bankruptcy Department,    PO Box 490,
                 Cranford, NJ 07016-0490
517216273       Perin, Robert J MD,    630 Salem Ave,    Woodbury, NJ 08096
517216275      +Queens Park Oval Asset Holding Trust,    Attn: KML Law Group PC,    216 Haddon Avenue  Ste 406,
                 Westmont, NJ 08108-2812
517216276       RoundPoint Mortgage Servicing Corp,    PO Box 19409,    Charlotte, NC 28219-9409
517216277       Wells Fargo Bank, N.A. Home Projects,    PO Box 10438,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 17 2018 00:01:21     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 17 2018 00:01:19      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517216262       E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2018 00:16:39      Care Credit Synchrony Bank,
                 Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517216266       E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2018 00:06:04      Home Design Furn Synchrony Bank,
                 Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517216269      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2018 00:01:18      Midland Credit Mangement Inc,
                 8875 Aero Drive  Suite 200,    San Diego, CA 92123-2255
517216271       E-mail/Text: electronicbkydocs@nelnet.net Jan 17 2018 00:01:24      Nelnet,
                 3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
517217776      +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2018 00:16:54      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2018 at the address(es) listed below:
```
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Francis   Landgrebe    on behalf of Debtor Erin Melissa Coleman flandgrebe@verizon.net,
               r61604@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    Carisbrook Asset Holding Trust
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```