**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Erin Melissa Coleman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0253<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–34608–ABA | |

# Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Erin Melissa Coleman
aka Erin Coleman Fuchs

3/16/18                                                            **By the court:**   Andrew B. Altenburg Jr.
                                                                                         United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-34608-ABA
Erin Melissa Coleman                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Mar 16, 2018
                              Form ID: 318             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2018.
```
db              Erin Melissa Coleman,    54 Burke Avenue,    Deptford, NJ 08096-1920
517216263      +Chase Mortgage,    Attn Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
517216264      +Conserve,    PO Box 7,    Fairport, NY 14450-0007
517216265      +Eamonn O'Hagan, Assist US Attorney,    US Attorney's Office,    District of New Jersey,
                 970 Broad Street,    Newark, NJ 07102-2534
517216267       Kohl's Customer Support,    PO Box 3120,    Milwaukee, WI 53201-3120
517216268     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M&T Bank,    475 Crosspoint,    Getzville, NY 14068)
517216270      +Mt Laurel Animal Hospital,    220 Mt Laurel Rd,    Mt Laurel, NJ 08054-9568
517216272       NJHMFA,    Attn NJ HomeKeeper Servicing,    PO Box 18550,    Trenton, NJ 08650-2085
517216274      +PSEG Repair and Replcement,    Attn Bankruptcy Department,    PO Box 490,
                 Cranford, NJ 07016-0490
517216273       Perin, Robert J MD,    630 Salem Ave,    Woodbury, NJ 08096
517216275      +Queens Park Oval Asset Holding Trust,    Attn: KML Law Group PC,    216 Haddon Avenue Ste 406,
                 Westmont, NJ 08108-2812
517216276       RoundPoint Mortgage Servicing Corp,    PO Box 19409,    Charlotte, NC 28219-9409
517216277       Wells Fargo Bank, N.A. Home Projects,    PO Box 10438,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 16 2018 22:46:33     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 16 2018 22:46:30     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517216261       EDI: CAPITALONE.COM Mar 17 2018 02:28:00      Capital One,    PO Box 71083,
                 Charlotte, NC 28272-1083
517216262       EDI: RMSC.COM Mar 17 2018 02:28:00      Care Credit Synchrony Bank,
                 Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517216266       EDI: RMSC.COM Mar 17 2018 02:28:00      Home Design Furn Synchrony Bank,
                 Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517216269      +EDI: MID8.COM Mar 17 2018 02:33:00      Midland Credit Mangement Inc,
                 8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
517216271       E-mail/Text: electronicbkydocs@nelnet.net Mar 16 2018 22:46:35     Nelnet,
                 3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
517217776      +EDI: RMSC.COM Mar 17 2018 02:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2018 at the address(es) listed below:
```
              Andrew  Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Brian C. Nicholas    on behalf of Creditor   Carisbrook Asset Holding Trust
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Francis Landgrebe    on behalf of Debtor Erin Melissa Coleman flandgrebe@verizon.net,
               r61604@notify.bestcase.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 16, 2018
                              Form ID: 318             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Rebecca Ann Solarz    on behalf of Creditor    Carisbrook Asset Holding Trust
         rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                   TOTAL: 5